UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMIE LEE CLARK,

    Plaintiff,

v.                                        Case No. 2:25-cv-188-JLB-NPM

FLORIDA CIVIL COMMITMENT
CENTER,

    Defendant.
_____/

## ORDER OF DISMISSAL

This cause is before the Court on consideration of a handwritten letter addressed to the "U.S. Courthouse Federal Building" and a petition for writ of mandamus directed towards a Florida state court filed by Jimmie Lee Clark, a resident of the Florida Civil Commitment Center. (Doc. 1; Doc. 1-1.) He appears to allege that he has received ineffective assistance of appellate counsel in state court and asks this Court to ensure that his constitutional rights are not violated. (Doc. 1 at 2.)

Mr. Clark's papers did not properly initiate a civil action in this Court. See Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the Court."). To the extent he seeks to file a complaint under 42 U.S.C. § 1983, Mr. Clark is advised that the Court has approved the use of a civil rights complaint form for cases filed under 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information about the defendants he intends to sue, the plaintiff's

litigation history, a statement of the plaintiff's claims and facts, and the specific relief requested. Likewise, the Court has a standard form that must be used to file an application for writ of habeas corpus under 28 U.S.C. § 2241. Further, Mr. Clark may file a section 2241 petition only <u>after</u> exhausting his state-court remedies. See <u>Johnson v. Florida</u>, 32 F.4th 1092, 1095-96 (11th Cir. 2022) ("It is by now well established that a district court may not grant a § 2241 petition unless the petitioner has exhausted all available state remedies." (internal quotation marks omitted)).

The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Mr. Clark may pursue a new case by filing a proper complaint or petition on one of the attached pre-printed forms—not using this case number—and include the filing fee or motion to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.
3. The Clerk is also **DIRECTED** to send Mr. Clark a pre-printed 42 U.S.C. § 1983 civil rights complaint form and a 28 U.S.C. § 2241 application (AO 242).

**DONE AND ORDERED** in Fort Myers, Florida on April 8, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies: Jimmie Lee Clark
Encl:   42 U.S.C. § 1983 civil rights complaint form (prisoner), application for writ of habeas corpus under 28 U.S.C. § 2241 (AO 242)